IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VICKI TRAN,<br><br>      Debtor.<br>_____/<br><br>VICKI TRAN,<br><br>      Appellant/Debtor,<br>  v.<br><br>MARTHA BRONITSKY,<br><br>      Appellee/Chapter 13 Trustee.<br>_____/ | No. 10-03035 CW<br><br>ORDER FOR<br>BRIEFING ON<br>STATUS OF APPEAL |

    On December 13, 2010, the Court entered an order denying Appellee's motion to dismiss based on Appellant's failure to perfect the record on appeal.  The Court set a briefing schedule for Appellee to serve and file her brief twenty-one days after the date of the order or after Appellant had the required transcripts filed.  As of this date, nothing has been filed by either party. Therefore, within seven days of the date of this Order, the parties are to file statements, of no more than two pages in length, indicating the status of this appeal.  Appellant is to indicate whether she still wishes to prosecute this appeal.

    IT IS SO ORDERED.


Dated: 1/24/2011

                                        CLAUDIA WILKEN<br>
                                        United States District Judge