IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE VICKI TRAN,                              No. 10-03035 CW

       Debtor.                              ORDER FOR
_____/           EVIDENCE OF
                                               REQUEST FOR
VICKI TRAN,                                    TRANSCRIPT

       Appellant/Debtor,
  v.
MARTHA BRONITSKY,

       Appellee/Chapter 13 Trustee.
_____/

    This bankruptcy appeal was filed on July 12, 2010.  On January 24, 2011, this Court entered an order for briefing on the status of the appeal.  On January 31, 2011, Appellant filed a brief indicating that, on November 12, 2010, her attorney had submitted a transcript order form to perfect the appeal, but that, as of January 31, 2011, she had not received the transcript she had ordered.  However, Appellee filed a brief stating that, on January 13, 2011, Appellee's counsel spoke with counsel for Appellant who indicated he had not yet requested the transcripts, but he would do so shortly.  Bankruptcy Rule 8007 requires the reporter to complete transcripts within thirty days of receipt of the request and, if

the reporter cannot deliver the transcript within this time frame, the reporter is required to seek an extension of time from the clerk or the clerk of the district court and the action of the clerk shall be entered in the docket and the parties notified. The Court notes that no such entry has been made on the docket of this appeal.

In order to resolve the issue of the unfiled transcript, the Court orders Appellant's counsel to file, within two days from the date of this order, documentary evidence of his request for the transcript, proof of payment and a declaration indicating the actions he has taken to ensure that the transcript is completed in a timely manner.

IT IS SO ORDERED.

Dated: 2/9/2011

CLAUDIA WILKEN
United States District Judge